# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

---

**Case Title :** Daniel Major Edstrom and Theresa Anne Edstrom

**Case No :** **09−36647 − B − 7**

**Date :** 11/17/09
**Time :** 09:31

**Matter :** [24] − Motion/Application for Relief from Stay [PD−2] Filed by Creditor US Bank National Association (Fee Paid $150) (pdes)
[24] − Motion/Application for Adequate Protection [PD−2] Filed by Creditor US Bank National Association (pdes)

UNOPPOSED

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

---

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

---

MOTION was :
Dismissed as moot
For the reasons stated in the disposition below

The court will issue a minute order.

Disposition Without Oral Argument: Oral argument will not aid the court in rendering a decision on this matter.

The motion is dismissed as moot. This case was dismissed on November 6, 2009. (Dkt. 32). The movant already has the relief it seeks by this motion. The court awards no fees and costs.

Because the movant has not established that the value of its collateral exceeds the amount of its claim, the court awards no fees and costs. 11 U.S.C. § 506(b).

The court will issue a minute order.