FILED

November 20, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

D37

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Daniel Major Edstrom and Theresa Anne Edstrom | **Case No :** | **09−36647 − B − 7** |
| | | **Date :** | 11/17/09 |
| | | **Time :** | 09:31 |

**Matter :** [24] − Motion/Application for Relief from Stay [PD−2] Filed by Creditor US Bank National Association (Fee Paid $150) (pdes)
[24] − Motion/Application for Adequate Protection [PD−2] Filed by Creditor US Bank National Association (pdes)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is dismissed as moot. This case was dismissed on November 6, 2009. (Dkt. 32). The movant already has the relief it seeks by this motion. The court awards no fees and costs.

Dated: November 20, 2009

Thomas C. Holman
United States Bankruptcy Judge